IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON and ERIN PELLATON, | No. C 11-5520 CW |
| Plaintiffs, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

On January 9, 2012, Defendants filed a motion to dismiss. Plaintiffs did not file an opposition to the motion but, on January 30, 2012, filed a First Amended Complaint (1AC). Under Federal Rule of Civil Procedure 15(a)(1)(B), the complaint was amended as a matter of right. Therefore, Defendants' motion to dismiss is denied as moot.

IT IS SO ORDERED.

Dated: 2/1/2012

CLAUDIA WILKEN
United States District Judge