MCGUIREWOODS LLP
PATRICIA L. VICTORY SBN #240114
(pvictory@mcguirewoods.com)
1800 Century Park East
8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for BANK OF AMERICA, N.A. and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, an individual, and ERIN PELLATON, an individual,<br>　　　　Plaintiffs,<br>vs.<br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27; and Does 1-10, inclusive,<br>　　　　Defendants. | CASE NO. CV-11-5520-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF AND DEFENDANTS' STIPULATION TO STAY ACTION FOR 90 DAYS** |

---

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' STIPULATION TO STAY ACTION FOR 90 DAYS

1  Having read the stipulation between Plaintiffs SCOTT PELLATON & ERIN
2  PELLATON ("Plaintiffs") and Defendants BANK OF AMERICA, N.A. and THE
3  BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
4  TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL
5  MORTGAGE PASS PASS-THROUGH TRUST 2003-27, MORTGAGE PASS
6  THROUGH CERTIFICATES, SERIES 2003-27 ("Defendants"), the Court hereby
7  stays this action for 90 days from the date the Court enters this order.

9  IT IS HEREBY ORDERED:  The case management conference previously scheduled for May 23, 2012, is continued to July 25, 2012.

11  Dated:___4/16/2012_____        _____
                                          Hon. Claudia Wilken
12                                        United States District Judge

38485909.1

1

[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATION TO STAY ACTION FOR 90 DAYS