IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON and ERIN PELLATON,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants.<br>_____/ | No. C 11-5520 CW<br><br>ORDER STAYING CASE PENDING ALTERNATIVE DISPUTE RESOLUTION, CONTINUING CASE MANAGEMENT CONFERENCE, AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

In their joint status report submitted on September 26, 2012, the parties requested a sixty day stay of this action to provide them additional time for loan modification review.  The Court therefore stays this action pending loan modification review and continues the case management conference scheduled for October 3, 2012 to December 5, 2012 at 2 p.m.  The parties are ordered to file a joint case management conference statement seven days before the conference.

In addition, the Court denies Defendants' motion to dismiss without prejudice. Defendants may re-notice the motion if necessary after the stay is lifted.

IT IS SO ORDERED.

Dated: 9/28/2012

CLAUDIA WILKEN
United States District Judge