MCGUIREWOODS LLP
PATRICIA L. VICTORY SBN #240114
(pvictory@mcguirewoods.com)
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for BANK OF AMERICA, N.A. and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, an individual, and ERIN PELLATON, an individual, <br> Plaintiffs, <br> vs. <br> BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27; and Does 1-10, inclusive, <br> Defendants. | CASE NO. CV-11-5520-CW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT JUNE 19, 2013 CASE MANAGEMENT CONFERENCE** <br><br> Date: June 19, 2013 <br> Time: 2:00 p.m. <br> Courtroom: 2 |

Having read the request of counsel for Defendants BANK OF AMERICA, N.A. and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27 ("Defendants") to appear telephonically and good cause showing, the Court grants Defendants' request to appear telephonically at the Case Management Conference scheduled for June 19, 2013 at 2:00 p.m. in Courtroom 2.

IT IS HEREBY ORDERED:

Dated: 6/13/2013

Hon. Claudia Wilken
United States District Judge