IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT PELLATON, et al.,

      Plaintiffs,

  v.

BANK OF AMERICA, N.A., et al.,

      Defendants.
_____/

No. C 11-05520 CW

ORDER STAYING CASE

In their joint status report submitted on June 12, 2013, the parties requested a further sixty day stay of this action to provide them additional time for continued settlement review and negotiation.  The Court therefore continues to stay this action pending settlement review. A case management conference is scheduled for August 21, 2013, at 2 p.m. The parties are ordered to file a joint case management conference statement seven days before the conference.

Dated: 6/21/2013

CLAUDIA WILKEN
United States District Judge