**BERGMAN & GUTIERREZ LLP**
Penelope P. Bergman, Esq. SBN 220452
Deborah P. Gutierrez, Esq. SBN 240383
Amanda L. Gray, Esq. SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone: (310) 893-6200
Facsimile: (310) 988-2930
Email: Amanda@b-g-law.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, an individual, and ERIN PELLATON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERES 2003-27; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER<br>CV-11-05520-CW<br><br><br><br><br><br><br><br><br>**ORDER RE: PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |

The Court, having considered Plaintiffs' Motion to Appear Telephonically at the Case Management Conference on August 21, 2013 at 2:00 PM

**ORDERS:**

☒ **Plaintiffs' Motion to Appear Telephonically at the Case Management Conference is on August 21, 2013 at 2:00 PM GRANTED.**

Dated: 8/8/2013

*[signature]*
United States District Judge/~~Magistrate Judge~~

-1-
**PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**