IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, et al., | No. C 11-5520 CW |
| Plaintiffs, | ORDER CONTINUING STAY |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

In their joint status report submitted on August 14, 2013, the parties requested a further sixty-day stay of this action to provide them additional time for continued settlement review and negotiation. The Court therefore continues to stay this action pending settlement review. A case management conference is scheduled for October 30, 2013, at 2:00 p.m. The parties are ordered to file a joint case management conference statement seven days before the conference.

IT IS SO ORDERED.

Dated: 8/15/2013

CLAUDIA WILKEN
United States District Judge