# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, an individual, and ERIN PELLATON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERES 2003-27; and Does 1 – 10, inclusive, <br><br> Defendants. | CASE NUMBER <br> **CV-11-05520-CW** <br><br><br><br> **ORDER RE: PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |

The Court, having considered Plaintiffs' Motion to Appear Telephonically at the Case Management Conference on October 30, 2013 at 2:00 PM

**ORDERS:**

☒ **Plaintiffs' Motion to Appear Telephonically at the Case Management Conference is on October 30, 2013 at 2:00 PM GRANTED.**


Dated: 10/18/2013

United States District Judge/~~Magistrate Judge~~

-1-

## Certificate of Service

      I, Amanda L. Gray, attorney of record in this matter, hereby certify that on October 17, 2013, in accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California, service of a true and correct copy of this document was accomplished pursuant to ECF electronic delivery.

      By:   */s/ Amanda L. Gray*
                  Amanda L. Gray