MCGUIREWOODS LLP
GRACE B. KANG, SBN #229464
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210
gkang@mcguirewoods.com

Attorneys for BANK OF AMERICA, N.A. and THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS PASS-
THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2003-27

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, an individual, and ERIN PELLATON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27; and Does 1-10, inclusive, <br><br> Defendants. | CASE NO. CV-11-5520-CW <br><br> **ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:  October 30, 2013 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Judge: Hon. Claudia Wilken |

50151662.1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT
OCTOBER 30, 2013 CASE MANAGEMENT CONFERENCE

1    Having read the request of counsel for Defendants BANK OF AMERICA,

2  N.A. and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW

3  YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC.,

4  CHL MORTGAGE PASS PASS-THROUGH TRUST 2003-27, MORTGAGE

5  PASS THROUGH CERTIFICATES, SERIES 2003-27 ("Defendants") for Grace

6  Kang, Esq., of McGuireWoods LLP, to appear telephonically and good cause

7  showing, the Court grants Defendants' request to appear telephonically at the Case

8  Management Conference scheduled for October 30, 2013 at 2:00 p.m. in Courtroom

9  2.

10

11  IT IS HEREBY ORDERED:

12

13  Dated:___10/24/2013_____                    _____

14                                                 Hon. Claudia Wilken
                                                   United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT
OCTOBER 30, 2013 CASE MANAGEMENT CONFERENCE

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on October ___, 2013, I electronically filed the foregoing

4    **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR**

     **GRACE KANG TO APPEAR TELEPHONICALLY AT OCTOBER 30, 2013**

5    **CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the

6    CM/ECF system and served a copy of same upon all counsel of record via the

7    Court's electronic filing system.

8

9

10                                  By: /s/Grace B. Kang

11                                          Grace B. Kang

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50151662.1                                    3
~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT AUGUST
21, 2013 CASE MANAGEMENT CONFERENCE