1  MCGUIREWOODS LLP
   GRACE B. KANG, SBN #229464
2  1800 Century Park East, 8th Floor
3  Los Angeles, CA  90067
   Telephone: 310.315.8200
4  Facsimile: 310.315.8210
5  gkang@mcguirewoods.com

6  Attorneys for BANK OF AMERICA, N.A. and THE BANK OF NEW YORK
7  MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
   CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS PASS-
8  THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES,
9  SERIES 2003-27

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  SCOTT PELLATON, an individual, 13  and ERIN PELLATON, an individual,<br>Plaintiffs,<br>14  vs.<br>15  BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON 16  FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE 17  CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE 18  PASS-THROUGH TRUST 2003-27, 19  MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-27; 20  and Does 1-10, inclusive,<br>Defendants. | CASE NO. CV-11-5520-CW<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  December 18, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia Wilken |

50151662.1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT
DECEMBER 18, 2013 CASE MANAGEMENT CONFERENCE

1  Having read the request of counsel for Defendants BANK OF AMERICA,
2  N.A. and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
3  YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC.,
4  CHL MORTGAGE PASS PASS-THROUGH TRUST 2003-27, MORTGAGE
5  PASS THROUGH CERTIFICATES, SERIES 2003-27 ("Defendants") for Grace
6  Kang, Esq., of McGuireWoods LLP, to appear telephonically and good cause
7  showing, the Court grants Defendants' request to appear telephonically at the Case
8  Management Conference scheduled for December 18, 2013 at 2:00 p.m. in
9  Courtroom 2.

11  IT IS HEREBY ORDERED:

13  Dated:  11/5/2013                              _____
                                                  Hon. Claudia Wilken
14                                                United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR GRACE KANG TO APPEAR TELEPHONICALLY AT DECEMBER 18, 2013 CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

By: /s/Grace B. Kang
Grace B. Kang