## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PELLATON, an individual, and ERIN PELLATON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-27, MORTGAGE PASS THROUGH CERTIFICATES, SERES 2003-27; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER<br>**CV-11-05520-CW**<br><br><br><br><br>**ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

The Court, having considered Plaintiffs' Notice of Voluntary Dismissal with Prejudice of the entire action only hereby:

**ORDERS** the Request is:

☒ GRANTED.
☐ DENIED.


Dated:  6/4/2014

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
United States District Judge/~~Magistrate~~
~~Judge~~

**ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**